NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE DEVELOPMENT LLC, et al., <br><br>               Plaintiffs, <br><br>     v. <br><br> INVAGEN PHARMACEUTICALS, INC., <br><br>               Defendant. | Civil Action No. 15-cv-0367 (SRC)(CLW) <br><br> **ORDER** |

**THIS MATTER** comes before the Court on the motion to strike (ECF No. 72) filed by Plaintiffs. Having considered the parties' submissions (ECF Nos. 72, 75, 76), the Court concludes that, in light of the Court's recent Order granting the motion to amend (ECF No. 77), Plaintiffs' arguments in support of its motion are now moot. Therefore, the motion to strike Defendant's invalidity and unenforceability contentions is hereby denied.

The parties shall submit a joint status letter, via CM/ECF, regarding the production of ANDA samples by May 18, 2016.

                                                               *s/Cathy L. Waldor*
**May 13, 2016**                                  **CATHY L. WALDOR**
                                                               **United States Magistrate Judge**