| | |
|---|---|
| Charles M. Lizza | Salvatore R. Guerriero |
| William C. Baton | CAESAR RIVISE, PC |
| SAUL EWING ARNSTEIN & LEHR LLP | Seven Penn Center – 12th Floor |
| One Riverfront Plaza, Suite 1520 | 1635 Market Street |
| Newark, NJ 07102-5426 | Philadelphia, PA 19103-2212 |
| (973) 286-6700 | (215) 567-2010 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *Shire Development LLC,* | *InvaGen Pharmaceuticals, Inc.* |
| *Shire Canada Inc., and* | |
| *Shire International Licensing B.V.* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE DEVELOPMENT LLC, SHIRE CANADA INC., and SHIRE INTERNATIONAL LICENSING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> INVAGEN PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 15-367 (SRC)(CLW) <br><br> (Filed Electronically) |

## STIPULATION OF DISMISSAL

Plaintiffs Shire Development LLC, Shire Canada Inc., and Shire International Licensing B.V. and Defendant InvaGen Pharmaceuticals, Inc., by and through their respective counsel, have agreed to the following joint stipulation of dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS HEREBY STIPULATED that:

1. The parties' claims and counterclaims regarding U.S. Patent No. 5,968,976 are hereby DISMISSED WITHOUT PREJUDICE.

2.   Plaintiffs' claim regarding U.S. Patent No. 7,381,428 is hereby DISMISSED WITHOUT PREJUDICE.  Defendant's counterclaims regarding U.S. Patent No. 7,381,428 are hereby DISMISSED WITHOUT PREJUDICE.

3.   All parties shall bear their own costs and attorneys' fees.

Dated:  January 17, 2018

Respectfully submitted,

| | |
|---|---|
| s/ William C. Baton | s/ Salvatore R. Guerriero |
| Charles M. Lizza | Salvatore R. Guerriero |
| William C. Baton | CAESAR RIVISE, PC |
| SAUL EWING ARNSTEIN & LEHR LLP | Seven Penn Center – 12th Floor |
| One Riverfront Plaza, Suite 1520 | 1635 Market Street |
| Newark, NJ 07102-5426 | Philadelphia, PA 19103-2212 |
| (973) 286-6700 | (215) 567-2010 |
| | |
| *Of Counsel*: | *Of Counsel:* |
| | |
| Edgar H. Haug | Robert S. Silver |
| Sandra Kuzmich, Ph.D. | Pei-Ru Wey |
| Laura E. Krawczyk | CAESAR RIVISE, PC |
| Jonathan A. Herstoff | Seven Penn Center – 12th Floor |
| Haug Partners LLP | 1635 Market Street |
| 745 Fifth Avenue | Philadelphia, PA 19103-2212 |
| New York, New York 10151 | (215) 567-2010 |
| (212) 588-0800 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *InvaGen Pharmaceuticals, Inc.* |
| *Shire Development LLC,* | |
| *Shire Canada Inc., and* | |
| *Shire International Licensing B.V.* | |

**SO ORDERED:**

This __18__ day of _____January_____, 2018

                                                  s/ Stanley R. Chesler
                                          Hon. Stanley R. Chesler, U.S.D.J.